**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **KENNETH R PLEASANT** | **CASE NO. 3:25-CV-01369** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S COMMISSIONER OF SOCIAL SECURITY** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 16], together with the written objections thereto filed with this Court [Doc. No. 17], and having thoroughly reviewed the record, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**.

**IT IS FURTHER ORDERED** that this civil action is **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 22nd day of September, 2026.

Terry A. Doughty
United States District Judge